```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID P. GORE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the defendant's motion to review detention, and noting that neither the prosecution nor the probation officer object to the defendant's proposal,

IT IS ORDERED, the motion, filing 65, is granted, and the defendant shall be released from custody on the previous conditions of supervised release, and in addition, the following:

He shall reside at McKinley House, 2965 P Street, Lincoln, Nebraska, and comply with all its rules and requirements, and shall enroll or continue in an intensive outpatient treatment program.

DATED this 16th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge