IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:01CR3065 |
| ) | |
| DAVID P. GORE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the March 30, 2007, revocation hearing in this case until a date and time certain in 60 days.  Filing 69.  The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 6th day of June, 2007, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 29th day of March, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge