IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          Case No.  4:01CR3065
                                   )
DAVID P. GORE,                     )
                                   )
                    Defendant.     )

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the June 6, 2007 revocation hearing in this case until a date and time certain in 45 days.  Filing 71.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 25th day of July, 2007, at 1:00 p.m.  The defendant is ordered to appear at such time.

June 5, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge