IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID P. GORE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Gore's final revocation hearing is scheduled for Thursday, October 4, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

July 25, 2007.      BY THE COURT:

    s/ *Richard G. Kopf*
    United States District Judge