IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 OCT -4 PM 1:30

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:01CR3065 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID P. GORE, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

On October 4, 2007, Defendant, David P. Gore, failed to appear before this Court for a revocation hearing.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of David P. Gore, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:

*[signature]*

United States District Judge
Richard G. Kopf

DATED this 4th day of October, 2007.